# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeal of -- | ) | |
| | ) | |
| BAE Systems San Diego Ship Repair Inc. | ) | ASBCA No. 59793 |
| | ) | |
| Under Contract No. N00024-11-C-4400 | ) | |

APPEARANCES FOR THE APPELLANT:   Robert E. Korroch, Esq.
　　　　　　　　　　　　　　　　　　　　Cameron M. Rountree, Esq.
　　　　　　　　　　　　　　　　　　　　　Williams Mullen
　　　　　　　　　　　　　　　　　　　　　Newport News, VA

APPEARANCES FOR THE GOVERNMENT:   Ronald J. Borro, Esq.
　　　　　　　　　　　　　　　　　　　　　Navy Chief Trial Attorney
　　　　　　　　　　　　　　　　　　　　Bruce S. Potocki, Esq.
　　　　　　　　　　　　　　　　　　　　　Assistant Counsel
　　　　　　　　　　　　　　　　　　　　　Southwest Regional Maintenance Center
　　　　　　　　　　　　　　　　　　　　　San Diego, CA

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 2 February 2016

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59793, Appeal of BAE Systems San Diego Ship Repair Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals